IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: THOMAS J. CLEAR III

Case No. 1:25-mc-00017-KG

## ENTRY OF APPEARANCE

**COMES NOW** Thomas M. Clark and hereby enters his appearance as counsel for Thomas J. Clear III in this cause. Counsel requests that all notices, pleadings and correspondence be delivered to the attention of Thomas M. Clark.

Respectfully Submitted,

**CLARK & RUYLE, LLC.**

_____
Thomas M. Clark
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
(505) 986-0475 (fax)
Email: tmclark@cjrlawsf.com

## CERTIFICATE OF SERVICE

I certify that on February 5, 2025, I filed the foregoing electronically through the Court's filing system causing service to be effected on the Clerk of the Court.

_____
Thomas M. Clark

1