IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: THOMAS J. CLEAR III                    No. 1:25-mc-00017-KG

## THOMAS J. CLEAR III'S RESPONSE TO COURT'S
## ORDER TO INTERIM SUSPENSION

Thomas J. Clear III, by and through his attorney, Thomas M. Clark, hereby responds to the Court's Order to Interim Suspension **[Doc 6]** as follows:

1. Mr. Clear entered into a Plea Agreement in this Court on February 12, 2005, whereby he pled guilty to multiple felony criminal offenses;

2. Honorable Judge Karen B. Molzen accepted the guilty plea, adjudicated Mr. Clear guilty and deferred acceptance of the plea agreement until a final disposition hearing;

3. The New Mexico Supreme Court entered an Order of Indefinite Suspension against Mr. Clear on February 11, 2025;

4. Mr. Clear stipulates that he is no longer in good standing to practice law in New Mexico;

5. Additionally, Mr. Clear stipulates that he is no longer in good standing pursuant to *D.N.M. LR-CIV 83.2(c);*

6. As such, Mr. Clark stipulates that an Order of Indefinite Suspension is appropriate by this Court;

7.     Mr. Clear seeks no relief pursuant to *D.N.M. LR-CIV 83.2(d)(2)*.

## CONCLUSION AND REQUEST TO THE COURT

As Mr. Clear has been indefinitely suspended from the practice of law by the New Mexico Supreme Court, he stipulates and agrees that he is no longer in good standing pursuant to *D.N.M. LR-CIV 83.2(c)*. As such, Mr. Clear does not contest an Order of Indefinite Suspension from any Court.

Respectfully Submitted,

**CLARK & RUYLE, LLC.**

*/s/ Thomas M. Clark*
Thomas M. Clark
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
(505) 986-0475 (fax)
Email: tmclark@cjplawsf.com

## CERTIFICATE OF SERVICE

I certify that on February 14, 2025, I filed the foregoing electronically through the Court's filing system causing service to be effected on the Clerk of the Court.

*/s/ Thomas M. Clark*
Thomas M. Clark