IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: THOMAS J. CLEAR III            No. 1:25-mc-00017-KG

**RESPONSE TO ORDER TO SHOW CAUSE**

Respondent, Thomas J. Clear III (Respondent), by and through his attorney, Thomas M. Clark, responds in writing to the Court's Order to Show Cause as follows:

The Court has directed that Respondent show cause in writing why he should not be disbarred for the conduct set forth in the plea agreement Respondent entered into on February 12, 2025, in cause number 1:25-cr-00258 in the United States District Court for the District of New Mexico. This Response is timely if filed by April 4, 2025.

In the plea agreement, the Respondent pleaded guilty to five (5) federal offenses, including bribery and interference with commerce by extortion. Respondent admitted that he was the leader of an enterprise that engaged in a pattern of racketeering activity. Respondent also admitted that his actions violated the New Mexico Rules of Professional Conduct.

Respondent does not object to being disbarred for the conduct set forth in his plea agreement. Respondent admits that his actions violated the New Mexico Rules of Professional Conduct and that he is no longer fit to practice in New Mexico. Furthermore, Mr. Clear waives his rights to request the appointment of panel of Judges to review his cases and waives his right to a hearing on this matter.

**CONCLUSION**

WHEREFORE, PREMISES CONSIDERED, Respondent respectfully stipulates and agrees that this Court enter an order permanently disbarring him from the practice of law in the United States District Court from the District of New Mexico.

Respectfully Submitted,

**CLARK & RUYLE, LLC.**

Thomas M. Clark
432 Galisteo St.
Santa Fe, NM 87501
(505) 820-1825
(505) 986-0475 (fax)
Email: tmclark@cjrlawsf.com

### CERTIFICATE OF SERVICE

I certify that on March 14, 2025, I filed the foregoing electronically through the Court's filing system causing service to be effected on the Clerk of the Court.

Thomas M. Clark